ROBINSON v. STEERS.

(Decided February 3, 1915.)

APPEAL from Morgan Circuit Court.

Heard before Hon. D. W. SPEAKE.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

SLEDGE v. STATE.

(Decided February 11, 1915.)

APPEAL from Marengo Law and Equity Court.

Heard before Hon. E. S. LYMAN.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for State.

Per curiam. Dismissed on motion of Attorney General.

---

SOUTHERN BELL TEL. & TEL. CO. v. FLOYD.

(Decided February 26, 1915.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. FERGUSON.

STOKELEY, SCRIVNER & DOMINICK, for appellant. McARTHUR & HOWARD, for appellee.

Per curiam. Settled between parties and dismissed.

---

SMITH v. SMITH, ET AL.

(Decided February 3, 1915.)

APPEAL from Marshall Chancery Court.

Heard before Hon. W. H. SIMPSON.

No counsel marked for either party.

Per curiam. Dismissed for want of prosecution.